UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:23-mj-2004-RMN

CHING YU

## NOTICE OF APPEARANCE

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Please forward all materials in this case to counsel from this date forward.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ Michael Sartoian
MICHAEL SARTOIAN
Assistant United States Attorney
Florida Bar No.: 124505
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail:     MSartoian@usa.doj.gov

U.S. v. CHING YU                                    Case No. 6:23-mj-2004-RMN

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

William A. Santana
Attorney for Defendant

By: /s/ *Michael Sartoian*
MICHAEL SARTOIAN
Assistant United States Attorney
Florida Bar No.: 124505
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: MSartoian@usa.doj.gov